BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00055 LJO-SKO |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CALENDAR CASE FOR CHANGE OF PLEA HEARING** |
| v. | |
| ALLEN KENDRICK, | DATE: May 27, 2014 |
| Defendant. | TIME: 8:15 a.m.<br>COURT: Hon. Lawrence J. O'Neill |

**STIPULATION TO CALENDAR CASE FOR CHANGE OF PLEA HEARING**

The parties request that the court place this case on its calendar on May 27, 2014, for a change of plea hearing. The parties are in the process of finalizing a plea agreement and anticipate being able to file an agreement soon. The parties also agree to exclude time through May 27, 2014, in order for the parties to complete plea negotiations and for entry of the plea. Thus, the parties request that the court order that the delay resulting from the continuance through May 27, 2014, be excluded in the interests of justice, including but not limited to, the need for the period of time for effective defense preparation and the completion of plea negotiations under 18 U.S.C. §§ 3161(h)(l)(G), 3161(h)(7)(A).

Date: May 14, 2014                    BENJAMIN B. WAGNER
                                      United States Attorney

                                By:   /s/ David Gappa
                                      David Gappa
                                      Assistant U.S. Attorney

Date:  May 14, 2014                                       /s/ Phillip Cherney
                                                                          Phillip Cherney
                                                                          Counsel for Defendant

## **ORDER**

This case is placed on the court's calendar at 8:15 a.m. on May 27, 2014.  Time is excluded in the interests of justice under 18 U.S.C. §§ 3161(h)(l)(G), 3161(h)(7)(A).  The status conference currently scheduled for May 19, 2014, before Judge Oberto is vacated.

IT IS SO ORDERED.

   Dated:   **May 15, 2014**                             **/s/ Lawrence J. O'Neill**
                                                                                   UNITED STATES DISTRICT JUDGE