BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-F-14-00055 LJO |
| Plaintiff, | PROTECTIVE ORDER CONCERNING DISCOVERY |
| v. | |
| | Honorable Lawrence J. O'Neill |
| ALLEN KENDRICK, | |
| Defendant. | |

ORDER

IT IS HEREBY ORDERED AS FOLLOWS:

1. The government has provided discovery to the defendant that includes unredacted names of persons who were minors at the time the reports or records were created. The personal information was subject to confidentiality at the time.

2. The discovery provided in this case shall only be used for purposes of preparing the defendant's case, and it shall not be disclosed further without express permission of the court.

3. The parties shall make every effort to protect the privacy of the persons listed in the reports or records that have been provided in discovery.

IT IS SO ORDERED.

Dated:  **August 13, 2014**          **/s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE